# IN THE UNITED STATES BANKRUPTCY COURT
## IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
LATOYA SHANELLE NORWOOD

BANKRUPTCY NO: 05-13988

1445 ROCKHILL ROAD

SARDIS MS 38666

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**DATED: 12/04/07**

Locke D. Barkley  
Chapter 13 Trustee  
P.O. Box 321473  
Flowood Ms 39232-1473  
**(PAYMENTS ONLY)**

Locke D. Barkley  
Chapter 13 Trustee  
P. O. Box 55829  
Jackson Ms 39296-5829  
(601) 355-6661  
**(CORRESPONDENCE)**

**AMOUNT DUE: $2905.00**  
(As of 11/28/07 thru end of December 2007)  
Plus accruing payments

**DATE DUE: 12/26/07**

## CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that on the above date of the Notice and Motion to Dismiss, I mailed, postage prepaid, a true and correct copy of the foregoing Notice and Motion to Dismiss to the **DEBTOR**, to the Attorney for the **DEBTOR** herein and to the Office of the U.S. Trustee.

DATED: 12/04/07

*Locke D. Barkley*  
LOCKE D. BARKLEY  
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

LEANNE L ABBOTT  
2627 W OXFORD LOOP, STE L

OXFORD MS 386550000