IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                               CHAPTER 13 NO.:

LATOYA SHANELLE NORWOOD                         05-13988

## AGREED ORDER

THIS CAUSE came on for hearing on January 23, 2008, on Trustee's Motion to Dismiss [Docket No. 69] and Debtor's Response thereto; after notice and opportunity for hearing and the Court being fully advised in the premises does hereby find and Order as follows:

THAT, Trustee's Motion to Dismiss [Docket No. 69] is hereby withdrawn.

THAT, the Debtor shall remit to the Trustee on or before February 18, 2008, the sum of $2,113.00; failure to timely remit all such funds shall result in the automatic dismissal of this case without further notice or hearing.

THAT, should the Debtor become more than 60 days delinquent in Chapter 13 plan payments, calculated from March 1, 2008, this case shall be dismissed without further notice or hearing.

SO ORDERED this the 12th day of March, 2008.

_____
DAVID W. HOUSTON, III
U. S. BANKRUPTCY JUDGE

APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB #10645
ATTORNEY FOR TRUSTEE


ROBERT GAMBRELL
ATTORNEY FOR DEBTOR