IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13 NO.:

LATOYA SHANELLE NORWOOD                                  05-13988

### AGREED ORDER

THIS CAUSE came on for hearing on January 23, 2008, on Trustee's Motion to Dismiss [Dk# 69] and Debtor's Response thereto; after notice and opportunity for hearing and the Court being fully advised in the premises entered an Agreed Order [Dk# 79] herein on March 12, 2008. The parties have advised the Court that they wish to amend their prior agreement and vacate said Agreed Order. The Court having been advised of the agreement of the parties does hereby find and Order as follows:

THAT, the Agreed Order [Dk# 79] shall be and is hereby vacated.

THAT, Trustee's Motion to Dismiss [Dk# 69] shall be and is hereby withdrawn.

THAT, Debtor has tendered to the Trustee funds from her tax return pursuant to the Court's order dated October 25, 2005 [Dk# 20]. Given the present case delinquency, such funds shall be applied to the delinquency in plan payments rather than an additional distribution to unsecured creditors. Any remaining delinquency shall be cured through an amendment of the plan payment as provided for in this order.

THAT, Debtor's plan payment shall be amended to a sum sufficient to afford completion of the confirmed plan.

THAT, the post-petition mortgage payment arrears through July, 2008 shall be paid on an altered basis over the remaining plan period, with regular maintenance payments to commence with the August, 2008 payment.

THAT, the requirements of the October 25, 2005, order [Dk# 20] regarding the use of such funds shall be and is hereby waived for the sole purpose stated above and the order shall be and is hereby vacated as of the date of this Order.

THAT, should the Debtor become more than 60 days delinquent in Chapter 13 plan payments, calculated from August 1, 2008, this case shall be dismissed without further notice or hearing.

  THAT, this Order shall not become final for a period of 20 days, giving the affected creditor(s) opportunity to object to the entering of same.

  THAT, Debtor's counsel shall notice this Order to all affected creditor(s) and file a certificate of service evidencing same with the Court.

  SO ORDERED this the 2nd day of July, 2008.

           DAVID W. HOUSTON, III
           U. S. BANKRUPTCY JUDGE

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER – MSB #10645
ATTORNEY FOR TRUSTEE

**/s/ Robert Gambrell**
ROBERT GAMBRELL
ATTORNEY FOR DEBTOR