```
                                                            JLF 18A
                                                       (Rev. 10-08-04)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Latoya Shanelle Norwood

CASE NO. 05-13988

DEBTOR(S)

### ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTOR(S)

The court having heard the motion of debtor to dismiss the above captioned case pursuant to 11 U.S.C. sec 1307(b); and having found that this case has not been converted under section 706, 1112 or 1208 of title 11 of the U.S. Code, and having determined that said motion to dismiss should be sustained; it is

ORDERED that the above captioned case is hereby dismissed; and that the chapter 13 trustee shall file the chapter 13 accounting within 30 days from the date of entry of this order.

DATED: October 6, 2008

_____
DAVID W. HOUSTON, III
UNITED STATES BANKRUPTCY JUDGE